UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Yun Xian Zhu,<br><br>                              Plaintiff,<br><br>          v.<br><br>Todd Blanche, Markwayne Mullin,<br>Joseph B. Edlow, Carrie M. Selby,<br><br>                              Defendants. | Case No. 8:26-cv-937(MAD/DJS) |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel of record for all parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, this action shall be dismissed and discontinued without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), without costs to any party.

Dated: June 22, 2026          By:    _____
                                                    Jean Wang, Esq.
                                                    *Attorneys for Plaintiff*


Dated: June 22, 2026                         TODD BLANCHE
                                                           Acting Attorney General

                                                           JOHN A. SARCONE III
                                                           First Assistant United States Attorney

                                             By:    *s/ Alexis M. Osborne*
                                                           Alexis M. Osborne
                                                           Assistant United States Attorney
                                                           Bar Roll No. 707475
                                                           *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
Hon. Mae A. D'Agostino
United States District Court Judge

June 25, 2026